IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARTHUR FRANK BONDSHU,<br><br>Defendant. | Case No. 1:23-MJ-231<br><br>Count 1: 18 U.S.C. § 113(a)(4) (Assault by Beating, Striking, or Wounding)<br><br>Count 2: 18 U.S.C. § 113(a)(5) (Simple Assault) |

**CRIMINAL INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT ONE
(Assault by Beating, Striking, or Wounding)

On or about April 19, 2023, while on the George Washington Memorial Parkway, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ARTHUR FRANK BONDSHU, did assault K.A. by striking, beating, or wounding.

(In violation of Title 18, United States Code, Section 113(a)(4).)

COUNT TWO
(Simple Assault)

On or about April 19, 2023, while on the George Washington Memorial Parkway, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ARTHUR FRANK BONDSHU, did assault K.A.

(In violation of Title 18, United States Code, Section 113(a)(5).)

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____/s/_____

Jamie Cohn
Special Assistant United States Attorney
April Russo
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Office: (703) 299-3706
Fax: (703) 299-3980
Email: jamie.cohn@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on November 2, 2023, I caused a paper copy of this Criminal Information and Summons to be mailed to the defendant at the following address: 412 North Lee St., Alexandria, VA, 22314.

By:  _____/s/_____
Jamie Cohn
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Office: (703) 299-3706
Fax: (703) 299-3980
Email: jamie.cohn@usdoj.gov